**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
———————
www.cand.uscourts.gov

Richard W. Wieking                                                        General Court Number
Clerk                                                                           415.522.2000

## March 19, 2012

**CASE NUMBER:  CV 12-01170 MEJ**
**CASE TITLE: KIRK YEE-v-SIMPLY ORANGE**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Claudia Wilken** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 3/19/12


FOR THE EXECUTIVE COMMITTEE:

_____
                                                  Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                     Special Projects
Log Book Noted                                          Entered in Computer 3/19/12


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                 Transferor CSA